## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR426** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **BENNY WILSON,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 85) to restrict the filing of the Defendant's brief in support of his motion in limine (Filing No. 86) pursuant to the E-Government Act.

IT IS ORDERED:

1. The Defendant's motion (Filing No. 85) is granted; and

2. The Defendant's brief in support of his motion in limine (Filing No. 86) shall be restricted pursuant to the E-Government Act.

DATED this 13th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge