IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )    8:07CR426
              Plaintiff,       )
                               )
    vs.                        )    ORDER
                               )
BENNY WILSON,                  )
                               )
              Defendant.       )
```

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL - 2 2008

OFFICE OF THE CLERK

This matter is before the Court on the defendant's oral motion regarding the defendant's noncustodial transportation, subsistence and lodging expenses. Defendant is indigent and is in need of reimbursement of the cost of a bus ticket from Norfolk, Nebraska to Omaha, Nebraska and return to Norfolk, Nebraska together with an amount of money for subsistence and lodging for his change of plea hearing scheduled for July 10, 2008 at 9:00 a.m.

**IT IS ORDERED:**

The U.S. Marshals shall provide the defendant noncustodial transportation as set forth above from Norfolk, Nebraska to Omaha, Nebraska and return to Norfolk, Nebraska together with an amount of money for subsistence and lodging.

DATED this 2nd day of July, 2008.

BY THE COURT

THOMAS D. THALKEN
United States Magistrate Judge